UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR 87-00422<br>LA CV 16-09685 | Date | December 16, 2021 |
|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|
| Interpreter | N/A |

| Jennifer Graciano | Lisa Gonzalez | Timothy Searight |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Javier Vasquez-Velasco<br>(NOT PRESENT) | | | | Stephanie Adraktas, CJA | | X | X |

**Proceedings:** **MOTION FOR AN INDICATION THAT THE COURT WOULD CONSIDER MOTION FOR RELIEF FROM JUDGMENT UNDER FRCP 60(B) and MOTION FOR RE-APPOINTMENT OF CJA DISTRICT COURT COUNSEL GREGORY NICOLAYSEN (ECF No. 29)**

The Motion Hearing is held by zoom webinar. Counsel, the Court, and the court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited.

The motion hearing is held. Counsel addresses the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

|  | : | 47 |
|---|---|---|
| Initials of Deputy Clerk | | JGR |

cc: USPO